IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSEPH WHITE,

   Petitioner,

    v.

CIVIL ACTION FILE
NO. 1:13-CV-1157-TWT

VICTOR WALKER
WARDEN,

   Respondent.

### ORDER

This is a pro se habeas corpus action by a state prisoner serving a life sentence for murder. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending denying the Petition. The Petitioner's Objections to the Report and Recommendation have no merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 6 day of September, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\White\r&r.wpd